### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

LUTHER GREEN                                                                                          PLAINTIFF

vs.                              CASE NO. 4:09cv00807 JMM

UNUM LIFE INSURANCE COMPANY OF AMERICA                              DEFENDANT

### ORDER OF DISMISSAL

The Court has been advised that this case has been settled following a settlement conference before Magistrate Judge H. David Young.

The complaint and all claims in this action are hereby dismissed with prejudice. All pending motions are deemed moot.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 6th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE